# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**GEORGE MOUNAYER; et al.,**

             V.             5:03-CV-679(FJS/GJD)

**STRATFORD LIMITED PARTNERSHIP; et al.**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against plaintiff GEORGE MOUNAYER for failure to prosecute pursuant to the Order of the Hon. Frederick J. Scullin, Jr., dated September 25, 2006.

DATED:    September 26, 2006

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp